

**SO ORDERED.**
**SIGNED this 9th day of February, 2015**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ John C. Cook
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| STEPHAN LANE BRYANT SR | ) | |
| | ) | Case No. 14-13158 |
| Debtor(s) | ) | |

**ORDER DISALLOWING CLAIM NO. 004 OF ARMY & AIR FORCE EXCHANGE SERVICES DUE TO STATUTE OF LIMITATIONS**

This matter is before the Court upon the Trustee's Objection to Claim No. 004 of ARMY & AIR FORCE EXCHANGE SERVICES. Because it appears that the Trustee is entitled to the relief sought, it is hereby

ORDERED that the objection is sustained and that the claim identified above is disallowed in the amount of $3,740.55.

IT IS SO ORDERED.

###

APPROVED FOR ENTRY:

By: \s\ Kara L. West
Kara L. West (TN No. 25744)
Chapter 13 Standing Trustee
P.O. Box 511
Chattanooga, TN 37401
 (423) 265-2261